# EXHIBIT B

9414 7266 9904 2191 0416 07




GORDON&REES
SCULLY MANSUKHANI
YOUR 50 STATE PARTNER®

701 FIFTH AVENUE, SUITE 2100
SEATTLE, WA 98104

Valery Muhkin, President
Dedicated Transportation, LLC
2951 NW Division Street, Suite 100
Gresham, OR 97039

NIXIE 980 FE 1 0006/11/22
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 98104708425 0127N162230-00069

ANK