# EXHIBIT C

SUPERIOR COURT OF WASHINGTON FOR COWLITZ COUNTY

| | |
|---|---|
| SONDRA SAMPSON, a Washington resident,<br><br>Plaintiff,<br><br>v.<br><br>MATTRESS FIRM, INC., a Delaware Corporation, DSI Logistics, LLC, a Delaware Limited Liability Company, DEDICATED TRANSPORTATION, LLC, an Oregon Limited Liability Company, VALERY MUKHIN, a resident of the State of Oregon, JOHN DOE NO. 1 and JOHN DOE NO. 2,<br><br>Defendants. | No. 21-2-00853-08<br><br>STATEMENT SETTING FORTH DAMAGES SOUGHT |

TO: DEFENDANTS DSI Logistics, LLC and their attorneys, AMY P. TAYLOR and MARK B. TUVIM and DEFENDANT MATTRESS FIRM, INC. and their attorneys BRYAN SCHOLNICK and JENNIFER M. VEAL

Pursuant to RCW 4.28.360, you are hereby advised that the Plaintiff claims damages as follows:

1. GENERAL DAMAGES.

The determination of general damages is for the jury at the time of trial and is not subject to precise calculation. For purposes of settlement negotiations and to assist Defendant's liability insurance company in setting insurance reserves, Plaintiff's attorney notes that juries in the state of Washington have awarded sums in excess of $1,500,000.00 in cases involving similar injuries and

PAGE 1 OF STATEMENT SETTING FORTH DAMAGES SOUGHT

Walstead Mertsching PS
Civic Center Building, Third Floor
1700 Hudson Street
PO Box 1549
Longview, Washington 98632-7934
(360) 423-5220

damages. This is a preliminary estimate and, as Plaintiff's injuries are ongoing and permanent, Plaintiff's damages are likely to go up. Plaintiff will ask the jury to award an amount believed to be reasonable based upon the evidence presented at trial.

2.  SPECIAL DAMAGES.

Past Medical Expenses:
Known past medical expenses are $23,066.95

Future Medical Expenses:
Unknown, at this time.

Past Wage Loss:
$275,609.89

Future Wage Loss/Loss of Earning Capacity:

Future Lost wages--$505,230.35 to $708,401.84.

Future Lost retirement benefits--$643,810.11 to $648,831.88

Future Household Services

$104,419.55

Property Damage:
None.

Plaintiff OBJECTS to the introduction of the foregoing statement of damages into evidence on the grounds that:

(1) Statements of counsel do not constitute admissible evidence. *City of Tacoma v. Wetherby*, 57 Wash. 295 (1910); *see, also*, WPI 1.02.

(2) Counsel's statements as to Plaintiff's damages has no tendency to make the existence of any fact that is of consequence more probable or less probable and, therefore, is not relevant. ER 401.

///

PAGE 2 OF STATEMENT SETTING FORTH DAMAGES SOUGHT

**Walstead Mertsching PS**
Civic Center Building, Third Floor
1700 Hudson Street
PO Box 1549
Longview, Washington 98632-7934
(360) 423-5220

(3)     The statement is made in furtherance of compromise negotiations.  ER 408.

(4)     The statement constitutes a disclosure of the mental impressions, conclusions and/or opinions of an attorney concerning the litigation. CR 26(b)(4).

DATED: May 20, 2022.

MATTHEW J. ANDERSEN, WSBA #30052
Of Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

On this day, I caused a true and correct copy of the document to which this certificate is attached to be served upon the person(s) listed below at their respective address and/or email address as follows:

[ x ]   by **electronic mail** to their email address below
[ x ]   by **first-class mail** to their respective addresses

Bryan Scholnick
Jennifer M. Veal
Tyson & Mendes
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
E-mail: bscholnick@tysonmendes.com
E-mail: jveal@tysonmendes.com

Mark B. Tuvim
Katherine L. Saint Germain
Amy P. Taylor
Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Email: mtuvim@grsm.com
Email: ksaintgermain@grsm.com
Email: ataylor@grsm.com

PAGE 3 OF STATEMENT SETTING FORTH DAMAGES SOUGHT

Walstead Mertsching PS
Civic Center Building, Third Floor
1700 Hudson Street
PO Box 1549
Longview, Washington 98632-7934
(360) 423-5220

1  I hereby certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

2  DATED this _20th_ day of May 2022 at Longview, Washington.

_____
KARA L. COPE

PAGE 4 OF STATEMENT SETTING FORTH DAMAGES SOUGHT

**Walstead Mertsching PS**
Civic Center Building, Third Floor
1700 Hudson Street
PO Box 1549
Longview, Washington 98632-7934
(360) 423-5220