# EXHIBIT D

# BUSINESS INFORMATION

Business Name:
**MATTRESS FIRM, INC.**

UBI Number:
**603 249 719**

Business Type:
**FOREIGN PROFIT CORPORATION**

Business Status:
**ACTIVE**

Principal Office Street Address:
**10201 MAIN ST, HOUSTON, TX, 77025-5229, UNITED STATES**

Principal Office Mailing Address:
**10201 MAIN ST, HOUSTON, TX, 77025-5229, UNITED STATES**

Expiration Date:
**10/31/2022**

Jurisdiction:
**UNITED STATES, DELAWARE**

Formation/ Registration Date:
**10/26/2012**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**RETAIL**

# REGISTERED AGENT INFORMATION

Registered Agent Name:
**C T CORPORATION SYSTEM**

Street Address:
**711 CAPITOL WAY S STE 204, OLYMPIA, WA, 98501-1267, UNITED STATES**

Mailing Address:
**711 CAPITOL WAY S STE 204, OLYMPIA, WA, 98501-1267, UNITED STATES**

# GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | KINDEL E | NUNO |
| GOVERNOR | INDIVIDUAL | | JOHN | ECK |
| GOVERNOR | INDIVIDUAL | | MAARTEN | JAGER |