# EXHIBIT E

# BUSINESS INFORMATION

Business Name:
**DSI LOGISTICS LLC**

UBI Number:
**603 486 850**

Business Type:
**FOREIGN LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**1209 N ORANGE ST, WILMINGTON, DE, 19801-1120, UNITED STATES**

Principal Office Mailing Address:
**675 PLACENTIA AVE, SUITE D, BREA, CA, 92821-6172, UNITED STATES**

Expiration Date:
**06/30/2022**

Jurisdiction:
**UNITED STATES, DELAWARE**

Formation/ Registration Date:
**06/18/2018**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**TRANSPORTATION & WAREHOUSING, THIRD-PARTY LOGISTIC SERVICES**

# REGISTERED AGENT INFORMATION

Registered Agent Name:
**LEGALINC CORPORATE SERVICES INC.**

Street Address:
**14205 SE 36TH ST STE 100, BELLEVUE, WA, 98006-1553, UNITED STATES**

Mailing Address:

# GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | JAMES | FORMAN |